In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., to Ely Avenue, from Jackson Avenue to Nott Avenue,

* *Reardon, Inc.,* v. *Caton* (189 App. Div. 501); *Reardon* v. *International Mercantile Marine Co.* (Id. 515).— REP.

in the First Ward, Borough of Queens, City of New York. PATRICK COLEMAN, Appellant; THE CITY OF NEW YORK and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and report of commissioners as to damage parcel No. 2 confirmed; and matter remitted to the Special Term with direction to pass upon the question of assessment for benefits.   We think that there was no public easement (See *Coleman* v. *City of New York*, not reported), and that there was no sufficient proof to establish the existence of any private easement.   Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.